**UNPUExBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-4649**

─────────

UNITED STATES OF AMERICA,

                            Plaintiff - Appellee,

        versus

ALBERT WILLIAM LACY,

                            Defendant - Appellant.

─────────

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Charles H. Haden II, Chief District Judge.  (CR-88-35)

─────────

Submitted:  March 21, 2002          Decided:  March 27, 2002

─────────

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Herbert L. Hively, II, Hurricane, West Virginia, for Appellant. Kasey Warner, United States Attorney, Samuel D. Marsh, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Albert Williams Lacy appeals from the district court's order revoking his supervised release and imposing a twenty-four-month prison term. He contends that the district court erred in finding that he violated the terms of his supervised release. We affirm.

We review for abuse of discretion the district court's decision to revoke a defendant's supervised release and impose a sentence after revocation. United States v. Copley, 978 F.2d 829, 831 (4th Cir. 1992). The district court may revoke a defendant's term of supervised release if the court finds, by a preponderance of the evidence, that the defendant violated a condition of supervised release. 18 U.S.C.A. § 3583(e)(3) (West 2000); Copley, 978 F.2d at 831. We find that there was sufficient evidence for the district court to revoke Lacy's term of supervised release. We find no abuse of discretion, and therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED